No. 01–7316.  BELTRAN DE MARTINEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 01–7318.  PELLY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7330.  CRAIG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7333.  CONTRERAS AREVALO v. UNITED STATES; FRAUSTO-PEREZ v. UNITED STATES; GARCIA-GOMEZ v. UNITED STATES; HERNANDEZ-ESPINOZA v. UNITED STATES; and VASQUEZ-RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 273 F. 3d 1102 (fifth judgment) and 1103 (first through fourth judgments).

No. 01–7337.  COTTOM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7340.  HERRERA-GONZALEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7342.  GRAYSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7343.  GIBSON, AKA WILLIS, ET AL. v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 01–7345.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7354.  POMPEY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–7357.  FINK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7360.  CANTU-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–684.  UNITED STATES COURT OF INTERNATIONAL TRADE v. UNITED STATES ET AL.  C. A. Fed. Cir.  Motion of Save Domestic Oil, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.